AO 450 (Rev. 01/09)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

JANET WEHMEYER
individually and as next friend of her children
next friend
EW, minor
next friend
CW, minor,
      Plaintiff

v.   **Civil Action No.**   2:18-cv-15

DEREK BOLKA
individually and in his official capacity as Family Case Manager for DCS,

NANCY SEELEY
Court Appointed Special Advocate
TERMINATED: 05/16/2018,

DIANE WYSZYNSKI
TERMINATED: 05/16/2018,

TINA DINGMAN
(Family Case Management Supervisor "FCMS")
TERMINATED: 05/16/2018,

STEVE STOFEIK
((Family Case Management Supervisor "FCMS")
TERMINATED: 05/16/2018,

DEBORAH ZAROWNY
TERMINATED: 04/10/2019
also known as
Debbie Zarowny
TERMINATED: 04/11/2019,

NICOLE SLACK
Home School Advisor
TERMINATED: 06/04/2018,

MARY BETH BONAVENTURA
former Director of Indiana Department of Child Services
TERMINATED: 05/16/2018,

TERRY J STIGDON
Director of the Indiana Department of Child Services ("DCS"),

TERRANCE CIBOCH
Regional Director
TERMINATED: 05/16/2018,

Louella F Richey-Brown
Director of Porter County DCS Office
TERMINATED: 05/16/2018,

RONALD MAY
TERMINATED: 05/16/2018,

JOHN DOES 1 THROUGH 12
TERMINATED: 05/16/2018,

INDIANA DEPARTMENT OF CHILD SERVICES
    Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s),_____recover from the Defendant(s)_____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant _____ recover costs from the plaintiff _____.

**X** Other:   This case is CLOSED._____

This action was (*check one*):

☐ tried to a jury with Judge _____
presiding, and the jury has rendered a verdict.

☐ tried by Judge _____
without a jury and the above decision was reached.

**X** decided by Chief Judge Theresa L. Springmann.

DATE:   September 10, 2019            ROBERT TRGOVICH, CLERK OF COURT

                                        by   s/N. Long_____
                                        *Signature of Clerk or Deputy Clerk*